FILED 7 FEB '22 10:25 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

<u>Portland</u> DIVISION

Plaintiff: Brandon Lamont Leath
*(Enter full name of plaintiff)*

Plaintiff,

v.

Defendants:
- Ronnie Ruiz
- Sandra Oliver
- Amanda Vodinez
- Bethany Hodges

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:22-cv-00202-MO
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes    ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**
Name: Brandon L. Leath
Street Address: 215 SW Adams MS35
City, State & Zip Code: Hillsboro, OR 97123
Telephone No.: (503) 846-2600

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

**Defendant No. 1**   Name: Ronnie Ruiz
Street Address: 215 SW Adams MS35
City, State & Zip Code: Hillsboro, OR-97123
Telephone No.: (503) 846-2600

**Defendant No. 2**   Name: Amanda Vodinez
Street Address: 215 SW Adams MS35
City, State & Zip Code: Hillsboro, OR-97123
Telephone No.: (503) 846-2600

**Defendant No. 3**   Name: Sandra Oliver
Street Address: 215 SW Adams MS35
City, State & Zip Code: Hillsboro, OR-97123
Telephone No.: (503) 846-2600

**Defendant No. 4**   Name: Bethany Hodges
Street Address: 215 SW Adams MS35
City, State & Zip Code: Hillsboro, OR-97123
Telephone No.: (503) 846-2600

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Violation of my 8th Amendment (Cruel & Unusual Punishment) and deliberate Indifference to my Medical needs. Pain & Suffering, Medical Negligence, Emotional Distress, and Damages.

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

\* Cruel and Unusual Punishment, it was very cruel and unusual for Nurse Ronnie on 11-16-21 and 11-17-21 to undermine my complaints about pain in my ear by telling me I would have a follow-up (that never came) which resulted in me suffering from headaches that was leading to Bells Palsy.

#### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

\* Pain And Suffering, I suffered for four days, and four nights in excruciating pain along with headaches

Complaint for Violation of Civil Rights (Prisoner Complaint)   3
[Rev. 01/2018]

\* Note:

I found out that nurse "Ronnie Ruiz" had Lied to me saying That her name was "Hydie"

That was ignored by Ronnie, Sandra, and Amanda (Dates 11-17-21 to 11-20-21) On 11-17 i notified and asked Ronnie could i have something for my pain, to No Avail on 11-18 i tried to ask Nurse Sandra for some pain meds, To No Avail, but was told to submit Another medical request form. On 11-19 during morning med call, i told Amanda i was in Alot of pain, and i had submitted a medical request, she said my medical request was recieved & i will be seen.

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

x Deliberate Indifference. on 11-18-21 PM i noticed Nurse Sandra doing a detox check on Another Inmate directly Across from me. Once she was done, i called out to her asking could she help me atleast with some pain pills, she walked Away stating That my Treatment was discontinued. I tossed and turn with pain all That night along with a headache.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)    4
[Rev. 01/2018]

# STATEMENT OF CLAIMS CONT.

## Claim IV

* **Medical Negligence** - It was very Negligent for Nurses Ronnie, Sandra, Amanda, and Bethany to know i was in extreme pain from 11-17-21 til 11-21-21 but refused to do anything about it, That eventually Led to me getting bells palsy.

## Claim V

* **Emotional Distress** - When i was finally able to look into a Mirror (Pod3 dont have mirrors in The Cells) on 11-22-21, and Noticed how my Right eyebrow wasnt moving, along with The Right side of my Mouth, i instantly felt low with my esteem and had to go see a mental health specialist. I felt even worse once i started receiving vague Undermined responses back from The Grievances/Appeals i was filing from medical Personnel "Sonya B RHSA" "Annette C VP of Clinical Services"

## Claim VI

* **Damages** - I still do not have 100% recovery from The damage that was caused to my facial nerves due to the untreated infection. Studies show That i may Never regain back full movement of my facial nerves. The Nurses who were fully aware of The pain That i was in, and Undermined my complaints were Ronnie, Bethany, Sandra, and Amanda

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑ Yes    ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Monetary compensation

PAIN & SUFFERING $1,000,000
CRUEL & UNUSUAL PUNISHMENT $1,000,000
MEDICAL NEGLIGENCE $500,000
DELIBERATE INDIFFERENCE $200,000
EMOTIONAL DISTRESS $100,000
DAMAGES $2,000,000

TOTAL $4.8 M

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1__ day of __February__, 20_22_.

_____
(Signature of Plaintiff)

Complaint for Violation of Civil Rights (Prisoner Complaint)   5
[Rev. 01/2018]

~~Inmate~~ ~~Report~~ ~~of~~ ~~Medical~~ personnel is refusing to change my diet. I had blood drawn here in the jail in March 2021 which showed that my blood sugar A1C level was 5.8% which is pre-diabetes. Since then, Ive had another blood test in December 2021 which showed that my blood sugar level has risen to 6.0%. Medical never informed me of being prediabetic in March 2021. It wasnt until Doctor Mary raised concerns. Ive asked repeatedly to have my diet changed from the constant sugary beverages, cookies, cakes, and peanut butter thats pre-mixed with jelly. I was informed that I will not have my diet changed until I become full diabetic. Ive filed a grievance and filled out multiple request forms asking for a diet change to no avail. I worry about passing away in my sleep now due to medical failing to take my

health seriously. Studies have already shown how Cancer and Diabetes is one of the Number one killers in Afro-American people. So instead of taking the neccessary steps to prevent me from going into Type 2 diabetes, medical is pushing me into that next stage by refusing to take Action Now. This is extremely Negligent, Cruel & very Unusual, and definately a deliberate Indifferance.